UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                              :

RICHARD M. KELLY,                   :

             Plaintiff,         :        **CIVIL JUDGMENT**

                              :        12 Civ. 4673 (LAP)

       -against-                 :

SHK MANAGEMENT,         :

             Defendant.       :

--------------------------------------------------------------X

Pursuant to the Order issued October 22, 2012, dismissing the Complaint, it is,

ORDERED, ADJUDGED AND DECREED:  That the Complaint is dismissed.

28 U.S.C. § 1915A(b)(1).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal

from the Court's Judgment would not be taken in good faith.

_Loretta A. Preska_
_____

         LORETTA A. PRESKA
      Chief United States District Judge

Dated: October 22, 2012
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.